Appellate Division, First Department. January 28, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

John MILLER v. William LOHRMAN and ano. (Supreme Court, Appellate Division, First Department. February 11, 1916.) Motion granted, with $10 costs. Order filed.

John R. MILLER, Applt., v. SHUBERT THEATRICAL CO., Respt. (Supreme Court, Appellate Division, First Department. January 28, 1916.) Judgment affirmed, with costs. No opinion. (Laughlin, J., dissenting.) Order filed.

MILLINERY OUTLET CO., Applt., v. WISE & CO., OUTFITTERS, Inc., Respt. (Supreme Court, Appellate Division, First Department. March 24, 1916.) Judgment affirmed, with costs. No opinion. Order filed.

Elizabeth W. MITCHELL, Applt., v. Philip BOYER et al., Respts. (Supreme Court, Appellate Division, First Department. January 28, 1916.) Judgment and order affirmed, with costs, on former opinion, 160 App. Div. 565, 145 N. Y. Supp. 715. (Laughlin, J., dissenting on former dissenting opinion.) Order filed.

George A. MOLITOR, as trustee in bankruptcy of Charles Wenz, Inc., respondent, v. Harry SCHNEIDER, appellant. (Supreme Court, Appellate Division, Second Department. January 28, 1916.) Order affirmed, costs to abide the event. No opinion. Jenks, P. J., and Carr, Stapleton, Mills, and Putnam, JJ., concur.

George A. MOLITOR, as trustee in bankruptcy of Charles Wenz, Inc., respondent, v. Harry SCHNEIDER, appellant. (Supreme Court, Appellate Division, Second Department. February 11, 1916.) Motion for reargument denied, without costs.

Ellen MONSELL, respondent, v. METROPOLITAN LIFE INSURANCE COMPANY, appellant. (Supreme Court, Appellate Division, Second Department. March 10, 1916.) Judgment and order of the City Court of Yonkers reversed, and new trial ordered, costs to abide the event, upon the ground that the greater weight of the evidence established that the insured had had consumption prior to the date of the policy in suit, and had been treated by a physician for such serious disease, and was then not in sound health, but was suffering from said disease. We do not decide that the testimony of the witnesses Dobbs and Trotter would have been competent if properly objected to. Jenks, P. J., and Thomas, Stapleton, Mills, and Putnam, JJ.; concur.

In the Matter of the Application of Nicolo MONTALBANO, appellant, for a Writ of Mandamus; Alfred P. W. Seaman, et al., composing the Board of Assessors of the City of New York, respondents. (Supreme Court, Appellate Division, Second Department. March 24, 1916.) Order affirmed, with $10 costs and disbursements, upon authority of People ex rel. Sciarillo v. Hennessy, 206 N. Y. 740, 100 N. E. 1132. Jenks, P. J., and Stapleton, Mills, Rich, and Putnam, JJ., concur.

William R. MONTGOMERY, Applt., v. James S. GROSS, Respt. (Supreme Court, Appellate Division, First Department. January 28, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

Edward R. MOORE, by William D. Moore, Jr., his guardian ad litem, appellant, v. Theodore BLUMBERG, Jr., respondent. (Supreme Court, Appellate Division, Second Department. February 4, 1916.) Order of the County Court of Westchester County affirmed, with $10 costs and disbursements. No opinion. Jenks, P. J., and Thomas, Stapleton, Mills, and Putnam, JJ., concur.

Joseph I. MOORE, Jr., Respt., v. The CITY OF NEW YORK, Applt. (Supreme Court, Appellate Division, First Department. March 24, 1916.) Judgment and order affirmed, with costs. No opinion. Order filed.

Thomas J. MORROW, Applt., v. HERBSTONE REALTY CORPORATION et al., Respts. (Supreme Court, Appellate Division, First Department. February 25, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

Alcan MOSS v. Bernard GRANVILLE. (Supreme Court, Appellate Division, First Department. February 25, 1916.) Application granted. Order signed.

MT. VERNON TRUST COMPANY and another, plaintiffs, v. James T. PENFIELD and others, defendants. Thomas D. Penfield, respondent; William W. Penfield, appellant. (Appeal No. 1.) (Supreme Court, Appellate Division, Second Department. March 24, 1916.) Order modified, so as to direct that the case show that William W. Penfield rendered no services for Thomas D. Penfield after July 22, 1914, and that the order of substitution of November 15, 1915, was made and amended by the decision of this court handed down herewith. As so modified, the order is affirmed, without costs. No opinion. Jenks, P. J., and Thomas, Carr, Rich, and Putnam, JJ., concur.

MT. VERNON TRUST COMPANY and another, plaintiffs, v. James T. PENFIELD and others, defendants. Thomas D. Penfield, respondent; William W. Penfield, appellant. (Appeal No. 2.) (Supreme Court, Appellate Division, Second Department. March 24, 1916.) Motion to vacate order of substitution denied, but the order of substitution is modified, so as to show that it is granted without prejudice to any rights of William W. Penfield to compensation for any services rendered by him as attorney for Thomas D. Penfield or any lien therefor. As so modified, the order is affirmed, without costs. No opinion. Jenks, P. J., and Thomas, Carr, Rich, and Putnam, JJ., concur.